In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00242-CV
_____


IN THE INTEREST OF M.L.M.

On Appeal from the County Court at Law No. 3
Montgomery County, Texas
Trial Cause No. 16-02-01355-CV

MEMORANDUM OPINION

On June 18, 2018, Joseph Garza filed a notice of appeal from a judgment signed on January 9, 2018. On June 25, 2018, we notified the parties that the notice of appeal had been filed outside the time for which an extension of time may be granted for filing a notice of appeal in a regular appeal and warned the appellant that the appeal would be dismissed unless grounds were shown for continuing the appeal. *See* Tex. R. App. P. 26.1, 26.3, 42.3. On July 26, 2018, we warned the appellant that the appeal would be dismissed unless he filed an amended notice of appeal for a

restricted appeal by August 10, 2018. *See* Tex. R. App. P. 25.1(d)(7). No response has been filed. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 30, 2018
Opinion Delivered August 31, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.

2